```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

BEVERLY CARELLA,                        :    CIV. NO. 3:17cv01390(VAB)
ADMINISTRATOR OF THE ESTATE OF          :
MATTHEW RUSSO,                          :
    Plaintiff,                          :
                                        :
vs.                                     :
                                        :
CITY OF HARTFORD;                       :
OFFICER ANTHONY BUCCHERI AND            :
OFFICER COREY DAUGHERTY,                :    APRIL 26, 2019
    Defendants.
```

## **NOTICE OF SETTLEMENT**

The undersigned parties, through counsel, hereby report that this matter is settled, subject to Probate Court approval.

```
                                 PLAINTIFF, BEVERLY CARELLA

                                 BY/ss/ Elisabeth Madin Swanson
                                    Elisabeth Madin Swanson, Esq.
                                    RisCassi & Davis, P.C.
                                    131 Oak Street
                                    Hartford, CT 06106
                                    860-522-1196 (telephone)
                                    860-547-0181 (facsimile)
                                    eswanson@riscassidavis.com
```

1

4842-3157-6981, v. 1

        DEFENDANTS, ANTHONY BUCCHERI AND
        COREY DAUGHERTY,

BY/ss/ James N. Tallberg
   James N. Tallberg
   Federal Bar No.: ct17849
   Karsten & Tallberg, LLC
   500 Enterprise Drive, Suite 4B
   Rocky Hill, CT 06067
   T: (860)233-5600
   F: (860)233-5800
   jtallberg@kt-lawfirm.com


        DEFENDANT, CITY OF HARTFORD


BY/ss/ Nathalie Feola-Guerrieri
   Nathalie Feola-Guerrieri (ct17217)
   Senior Assistant Corporation Counsel
   550 Main Street, Suite 210
   Hartford, CT 06103
   Telephone (860) 757-9700
   Facsimile (860) 722-8114
   Email: feoln001@hartford.gov

## **CERTIFICATION**

I hereby certify that on April 26, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/ss/ James N. Tallberg
James N. Tallberg

4842-3157-6981, v. 1