```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

BEVERLY CARELLA,                      :   CIV. NO. 3:17cv01390(VAB)
ADMINISTRATOR OF THE ESTATE OF        :
MATTHEW RUSSO,                        :
     Plaintiff,                       :
                                      :
vs.                                   :
                                      :
CITY OF HARTFORD;                     :
OFFICER ANTHONY BUCCHERI AND          :
OFFICER COREY DAUGHERTY,              :   MAY 15, 2019
     Defendants.
```

## STIPULATION OF DISMISSAL

The undersigned parties, through counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action shall be dismissed as to all defendants, with prejudice, and without costs to any party.

```
                              PLAINTIFF, BEVERLY CARELLA

                              BY/ss/ Elisabeth Madin Swanson
                                 Elisabeth Madin Swanson, Esq.
                                 RisCassi & Davis, P.C.
                                 131 Oak Street
                                 Hartford, CT 06106
                                 860-522-1196 (telephone)
                                 860-547-0181 (facsimile)
                                 eswanson@riscassidavis.com
```

    DEFENDANTS, ANTHONY BUCCHERI AND
    COREY DAUGHERTY,

BY /ss/ James N. Tallberg
    James N. Tallberg
    Federal Bar No.: ct17849
    Karsten & Tallberg, LLC
    500 Enterprise Drive, Suite 4B
    Rocky Hill, CT 06067
    T: (860)233-5600
    F: (860)233-5800
    jtallberg@kt-lawfirm.com


    DEFENDANT, CITY OF HARTFORD

BY /ss/ Nathalie Feola-Guerrieri
    Nathalie Feola-Guerrieri (ct17217)
    Senior Assistant Corporation Counsel
    550 Main Street, Suite 210
    Hartford, CT 06103
    Telephone (860) 757-9700
    Facsimile (860) 722-8114
    Email: feoln001@hartford.gov

## **CERTIFICATION**

I hereby certify that on May 15, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

By/ss/ James N. Tallberg
James N. Tallberg

4853-1579-5095, v. 1